NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERT M. ROBINSON,  )
)
Appellant,  )
)
v.  )  Case No. 2D17-2313
)
SECTION 23 PROPERTY OWNER'S  )
ASSOCIATION, INC., a Florida corporation; )
and JANE B. ROBINSON,  )
)
Appellees.  )
_____ )

Opinion filed March 16, 2018.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Albert M. Robinson, pro se.

David K. Oaks of David K. Oaks, P.A.,
Punta Gorda, for Appellee Section 23
Property Owner's Association, Inc.

No appearance for Appellee Jane B.
Robinson.


PER CURIAM.


Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.